UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUIS RICARDO TORRES,<br><br>　　　　Defendant. | Case No. 19-CR-10421-DPW |

**DEFENDANT LUIS RICARDO TORRES'S
ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE**

　　　By this motion, defendant Luis Ricardo Torres ("Mr. Torres") respectfully requests that the Court modify its Order Setting Conditions of Release (ECF No. 182) to permit him to change the address of home incarceration. On May 1, 2020, this Court ordered Mr. Torres to "reside at address approved by US Probation (West Springfield)." *Id.* Since his release from custody, Mr. Torres has been in home incarceration at his cousin's home in West Springfield and has complied with all conditions of release. However, the home where Mr. Torres has been under home incarceration has become cramped, and Mr. Torres's wife has offered to have him reside at her home in Holyoke, Massachusetts. A landline is scheduled to be installed in the home on May 29, 2020. U.S. Probation previously supervised Mr. Torres at that address prior to his arrest in this case and has determined that it is a suitable location for Mr. Torres to reside.

　　　On May 26, 2020, the undersigned counsel conferred with Mr. Torres's probation officer and counsel for the government, and both assent to this motion.

Dated: May 26, 2020                                          Respectfully submitted,

                                                                            LUIS RICARDO TORRES

                                                                            By his attorneys,

                                                                            */s/ Seth B. Orkand*
                                                                            Tracy A. Miner (BBO # 547137)
                                                                            Seth B. Orkand (BBO # 669810)
                                                                            MINER ORKAND SIDDALL LLP
                                                                            470 Atlantic Avenue, 4th Floor
                                                                            Boston, Massachusetts 02210
                                                                            Tel: (617) 273-8421
                                                                            Fax: (617) 273-8004
                                                                            tminer@mosllp.com
                                                                            sorkand@mosllp.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I served a true and accurate copy of the foregoing by ECF upon all counsel of record on May 26, 2020.

                                                                            */s/ Seth B. Orkand*
                                                                            Seth B. Orkand